UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ROBERT CRONIN,<br><br>　　　　　　Defendant. | Criminal No. 01cr2333-L<br><br>**ORDER:**<br><br>**(1) DENYING DEFENDANT'S MOTION REQUESTING AN ORDER TO PLACE DEFENDANT IN THE 500 HOUR RESIDENTIAL DRUG & ALCOHOL PROGRAM; and**<br><br>**(2) DENYING DEFENDANT'S MOTION TO ADD AN ADDENDUM AND/OR CORRECT THE PRESENTENCING REPORT** |

   Defendant Robert Cronin, a federal inmate proceeding pro se, has submitted a motion requesting the Court to order his placement in the 500-hour Bureau of Prison's residential drug and alcohol treatment program.  Although the Court may recommend placement in such a program at the time of sentencing, it has no jurisdiction to order Defendant's placement in such a program; authority over that decision is held by the executive branch.  *See* 18 U.S.C. § 4042. Accordingly, Defendant's Motion Requesting an Order to Place Defendant in the 500 Hour (RDAP) Residential Drug & Alcohol Program is **HEREBY DENIED**.

   Defendant has also filed a motion to add an addendum to or correct the Presentence Report.  This motion was filed on February 6, 2007, more than four years after the judgment in

1 this case became final.[1] Thus, the Court now lacks authority to correct or modify the
2 Presentence Report.  Therefore, Defendant's Motion to Add an Addendum and/or Correct the
3 Presentencing Report is **HEREBY DENIED**.
4     **IT IS SO ORDERED**.
5 DATED: September 21, 2007

                                                    M. James Lorenz
                                                    United States District Court Judge

---

[1] As no notice of appeal was filed, Defendant's conviction became final on November 23, 2002, ten days following the entry of judgment.